UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

WENDY GOLD, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

EVA NATURALS, INC.,

                Defendant.

Case No. 2:21-cv-02842-GRB-ARL

**FILED**
**CLERK**
10:24 am, Jul 05, 2022
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Wendy Gold, individually and on behalf of herself ("Plaintiff") and Defendant Eva Naturals, Inc. (together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims against Eva Naturals, Inc. are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

**SO STIPULATED.**

Date: June 28, 2022

_/s/ Jason P. Sultzer_

**THE SULTZER LAW GROUP P.C.**
Jason P. Sultzer
85 Civic Center Plaza, Suite 200
Poughkeepsie, New York 12601
Tel: (845) 483-7100
sultzerj@thesultzerlawgroup.com

*Counsel for Plaintiff*

_/s/ Jeff Lowenstein_ by permission P.F.

**BELL NUNNALLY & MARTIN LLP**
Jeff Lowenstein, Esq.
2323 Ross Ave., Suite 1900
Dallas, Texas 75201
Tel: (214) 740-1410
jlowenstein@bellnunnally.com

*Attorneys for Defendant*

Dated: 7/5/2022
So Ordered. The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.